IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

-------------------------------------------------------   :
UNITED STATES OF AMERICA                 : CASE NO. 5: 10 CR 098
                                                             :
                                              Plaintiff  :
                                                             : ORDER ADOPTING SEALED REPORT
                        -vs-                              : AND RECOMMENDATION
                                                             : REGARDING MENTAL COMPETENCY
                                                             :
TRAMAINE M. ANTOINE,                       :
                                                             :
                                         Defendant.  :
-------------------------------------------------------   :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

       Pursuant to referral, on 19 May 2011, Magistrate Judge Nancy A. Vecchiarelli

issued a SEALED Report and Recommendation following a Competency Hearing for

defendant Tramaine M. Antoine.  (Doc. 32).

       No party has objected to Magistrate Judge Vecchiarelli's recommendations.  Any

further review by this Court would be a duplicative and inefficient use of the Court's

limited resources.  Thomas v. Arn, 474 U.S. 140 (1985); Howard v. Secretary of Health and Human Services, 932 F.2d 505 (6th Cir. 1991); United States v. Walters, 638 F.2d 947 (6th Cir. 1981).

Accordingly, the Court adopts Magistrate Judge Vecchiarelli's recommendations.


IT IS SO ORDERED.


 /s/Lesley Wells_____
UNITED STATES DISTRICT JUDGE



Date: 16 June 2011

2