# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:10CR98 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER ON VIOLATION OF |
| | ) | CONDITIONS OF SUPERVISED |
| | ) | RELEASE |
| TRAMAINE ANTOINE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

A violation report was filed in this case on September 14, 2018. The Court referred this matter to Magistrate Judge Kathleen B. Burke to conduct the appropriate proceedings and to file a report and recommendation. The magistrate judge reported that a supervised release violation hearing was held on September 17, 2018. The defendant admitted to the following violations:

1. Unauthorized Use of Drugs;
2. Failure to Comply with Drug Testing;
3. Failure to Comply with mental health Aftercare;
4. Failure to Follow the Instructions of the Probation Officer;
5. Failure to Notify U.S. Pretrial Services and Probation Office of Contact with Law Enforcement within 72 Hours;
6. Failure to Submit Monthly Supervision Reports.

The magistrate judge filed a report and recommendation on September 18, 2018, in which the magistrate judge recommended that the Court find that the defendant has violated the conditions of his supervision.

A final supervised release violation hearing was conducted on October 10, 2018.

Defendant Tramaine Antoine was present and represented by Attorney Carlos Warner. The United States was represented by Assistant United States Attorney Brendan O'Shea. United States Probation Officer Donald Stranathan was also present at the hearing.

No objections were filed to the report and recommendation of the magistrate judge. Upon review, the Court adopts the report and recommendation of the magistrate judge and finds the defendant to be in violation of his terms and conditions of his supervised release.

IT IS ORDERED that the defendant's term of supervised release is revoked and the defendant is sentenced to the custody of the Bureau of Prisons with credit for time served through October 11, 2018. Upon release from custody on October 11, 2018, the defendant is placed on supervised release for a period of three (3) days, with the same terms and conditions as previously ordered, and with the following additional condition: The defendant shall be released to the custody of the U.S. Marshal, who will then transport the defendant to ADM Crisis Center - Psychiatric Emergency Services, to be admitted for evaluation.

Defendant remanded to the custody of the U.S. Marshal.

**IT IS SO ORDERED**.

Dated: October 10, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**